■ GRAND UNION CO., Appellant, v. 4944 RESTAURANT CORP., Respondent. — Order entered on December 7, 1961 unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ In the Matter of SARAH FENSTER, as Administratrix of the Estate of HARRY FENSTER, Deceased, Respondent, v. CITY OF NEW YORK et al., Appellants. — Order, entered on August 11, 1961, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ ABRAHAM I. ROSNER, Appellant, v. V. E. REALTY CORP., Respondent, et al., Defendant.— Order, entered on December 29, 1961, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ In the Matter of the Probate of the Will of ARTHUR LACHMAN, Deceased. L. WINIFRED LACHMAN, as Executrix of ARTHUR LACHMAN, Deceased, Appellant, SAMUEL SEGAL, Respondent.— Order, entered on October 17, 1961, unanimously affirmed, with costs to all parties filing briefs payable out of the estate. No opinion. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ VIVIAN FERENTZ, Respondent, v. MELVIN FERENTZ, Appellant.— Order, entered on March 15, 1962, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ JAMES TALCOTT, INC., Respondent, v. ALEXANDER C. ELISHEWITZ et al., Defendants, SOPHIA E. HART, Appellant.— Order entered on February 21, 1962 unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ HYMAN MARCUS et al., Respondents, v. AUSTIN ASSOCIATES, INC., et al., Defendants, PATRICK A. FRAIOLI et al., Appellants, and TRANS-UNITED INDUS-TRIES, INC., Respondent.— Order entered on January 5, 1962 unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ MITCHELL & MORGAN, INC., Respondent, v. ADRIAN BAUMGART, as Ancillary Administrator of the Estate of JOSEPH SCHNEEBALG, Deceased, Appellant.— Order entered on September 22, 1960 unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Order entered on October 13, 1960 unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Order, entered on October 27, 1960, unanimously affirmed, with $20 costs and disbursements to respondent, but with leave to defendant to move for reconsideration upon a showing by affidavit or otherwise that the first bond did not effect the ultimate release of assets from levy or the Sheriff's possession and upon a further showing that plaintiff was not entitled to effect a levy on any released assets under the second warrant. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LESLIE WARE.— Motion for an enlargement of time granted insofar as to extend the defendant's time to serve and file the record on appeal and appellant's points to and including August 14, 1962, with notice of argument for the September 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.